Order entered November _15_ 2012

0049**68**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01596-CR

## PAUL TYRELLE GATLIN, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F03-72157-M**

## ORDER

Before the Court is the State's October 9, 2012 supplemental motion for extension of time to file the State's brief. The State's motion was granted by order dated October 9, 2012. We **DENY** the supplemental motion as moot.

_____
JIM MOSELEY
PRESIDING JUSTICE